IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSS HUNTINGFORD,

        Plaintiff,

vs.                                                                       1:17-cv-01210-RB-LF

PHARMACY CORPORATION OF AMERICA
D/B/A PHARMERICA,

        Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

      At the Rule 16 scheduling conference held on February 2, 2018, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 14), filed on January 23, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 20), filed concurrently with this Order.

_____
Laura Fashing
United States Magistrate Judge